In the Matter of CORNELIA KINSMAN, Respondent, against MAURICE FINKELSTEIN et al., Constituting the Temporary City Housing Rent Commission, Appellants.— In a proceeding brought pursuant to article 78 of the Civil Practice Act, order annulling a determination which denied the application of respondent for a certificate of eviction, and ordered the issuance of such certificate, reversed on the law, without costs, and the proceeding dismissed, without costs. The circumstances warranted the commission determining, as it did, that respondent had failed to establish a compelling necessity for the premises. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

In the Matter of the Application of PERM-ASEPTIC CORPORATION, Appellant, for a Stay of Arbitration between the Appellant and MORTIMER LOWELL COMPANY, INC., Respondent.— Order denying appellant's application for a stay of arbitration and directing that arbitration proceed in accordance with the rules of the American Arbitration Association for determination and award with respect to certain questions therein stated, reversed on the law, with $10 costs and disbursements, and appellant's motion for a stay of the arbitration granted, with $10 costs. In our opinion the so-called arbitration clause in the agreement does not constitute an agreement to submit to arbitration the precise matters as to which arbitration was sought and directed. (*Matter of Lehman* v. *Ostrovsky*, 264 N. Y. 130; *Finsilver, Still & Moss* v. *Goldberg, Maas & Co.*, 253 N. Y. 382, 390; *Matter of Marchant* v. *Mead-Morrison Mfg. Co.*, 252 N. Y. 284, 299, 303; *Matter of Kelley*, 240 N. Y. 74, 78.) Carswell, Acting P. J., Johnston, Adel, Nolan and Sneed, JJ., concur. [See *post*, p. 943.]